## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| TU VAN PHAM and | § | |
| NU THI DO, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| | § | |
| v. | § | Case No. 6:15-cv-778-MHS |
| | § | |
| | § | |
| GABRIEL ALVARO ZICARI MUNOZ, | § | |
| JMC TRANSPORTS, LLC, and | § | |
| JMC LOGISTICS SOLUTIONS, LLC, | § | |
| | § | |
| Defendants | § | |

## FINAL JUDGMENT

In accordance with the Agreed Motion to Dismiss with Prejudice (Doc. No. 10) filed in this case by Plaintiffs Tu Van Pham and Nu Thi Do, it is hereby:

ORDERED that Plaintiffs' claims against Defendants Gabriel Alvaro Zicari Munos, JMC Transports LLC, and JMC Logistics Solutions LLC, be dismissed *with prejudice* to refiling, and final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED**.

**SIGNED this 16th day of December, 2015.**


_____

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE